### COBB ET AL. v. BALDWIN.

On an action of account by the assignees of certain debts, against the attorney who received them to collect — the assignor, if solvent, may be a witness for the defendant.

ACTION of account for a number of book-debts, notes and securities to the amount of £318 7s. 10d. lawful money, belonging to the iron furnace company in Stamford, against a great variety of persons, taken to Elijah and Archibald Austin while

they were agents for said company, and delivered to the defendant to collect and to pay to the plaintiffs, two-fifths of the avails, pursuant to an award of arbitrators.

Plea in bar — The defendant admitted receiving the securities, etc. to collect and pay over as alleged in the declaration — but said that he sued several of the persons mentioned as debtors, in the name of said Elijah Austin, the said Archibald being dead, all of whom produced discharges or accounts, that overbalanced the debts, of which he informed said Elijah and said Elijah ordered him to desist and not sue any more of said debtors, which the defendant accordingly did and had never recovered or received any thing upon said debts and securities.

Plaintiff traversed the plea in bar. Issue to the court.

The defendant produced the deposition of said Elijah Austin who testified to the facts alleged in the plea.

The court found the plea in bar to be true, and gave judgment for the defendant to recover his cost.